**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ONE STOP MAILING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**NAMECHEAP, INC.**<br><br>and<br><br>**DOES 1-XX,**<br><br>Defendants. | Case No. 1:21-cv-0348 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(i)**

Plaintiff, One Stop Mailing LLC, by and through its undersigned counsel, hereby voluntarily dismisses Defendant, Namecheap, Inc., with prejudice, pursuant to FRCP Rule 41(a)(1)(i) as Namecheap, Inc. has not served its Answer or any Motion for Summary Judgment to date. Plaintiff's Complaint (ECF 1) will proceed against all remaining Defendants, other than Namecheap, Inc.

                                ONE STOP MAILING LLC

                                By:/s/ Robert H. Lang____
                                      Robert H. Lang
                                      Michael A. Parks
                                      Sartouk H. Moussavi
                                      THOMPSON COBURN LLP
                                      55 E. Monroe Street, 37th Floor
                                      Chicago, IL 60603
                                      P: (312) 346-7500, F: (312) 580-2201
                                      rhlang@thompsoncoburn.com
                                      mparks@thompsoncoburn.com
                                      smoussavi@thompsoncoburn.com
                                      *Attorneys for Plaintiff*